**No. 09-10629. Bradley Hodge, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3401, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4574.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 614.

**No. 09-10630. Darrell A. Goodwin, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3401, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4705.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 186, 594 F.3d 1.

**No. 09-10631. Kenneth Goenaga, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3401, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4623.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 885.

**No. 09-10632. Isaac Headman, Petitioner v. United States.**

560 U.S. 958, 130 S. Ct. 3401, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4647.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 594 F.3d 1179.

**No. 09-10633. Kim N. Pounds, Petitioner v. United States.**

560 U.S. 959, 130 S. Ct. 3401, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4593.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 362.

**No. 09-10634. Billy Peters, Petitioner v. United States.**

560 U.S. 959, 130 S. Ct. 3402, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4625.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 897.

**No. 09-10638. Richard Eric Williams, Petitioner v. United States.**

560 U.S. 959, 130 S. Ct. 3402, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4602.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 363 Fed. Appx. 707.

**No. 09-10639. Saul Barboza Delgado, Petitioner v. United States.**

560 U.S. 959, 130 S. Ct. 3402, 177 L. Ed. 2d 314, 2010 U.S. LEXIS 4637.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 361 Fed. Appx. 562.